UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IRVIN B. KRUKENKAMP, M.D.,　　　　　　　MEMORANDUM
　　　　　　　　　　　　　　　　　　　　　　　　AND
　　　　　　　　Plaintiff,　　　　　　　　　ORDER

　　　- against -　　　　　　　　　　　　07-CV-0992 (TCP)

THE STATE UNIVERSITY OF NEW
YORK AT STONY BROOK, ET AL.,

　　　　　　　　Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLATT, District Judge.

　　　　　The Court ordered that pending the hearing and determination of the Temporary Restraining Order in this case, the defendants and each of them are enjoined, restrained and barred from interfering with Dr. Krukenkamp's privileges including:

　　　1.　Dr. Krukenkamp shall retain his office, secretary and the services of full staff membership at the hospital.

　　　2.　Dr. Krunkenkamp shall be entitled to seek, advise, treat and care for patients, but he shall not, except in emergency or private personal cases, perform any surgery.

3. Dr. Krukenkamp shall continue to retain the title of cardiothoracic surgeon in the Division of Cardiothoracic Surgery at Stony Brook University Hospital, but will not have "on-call" responsibilities, as such responsibilities are referred to in ¶6(e) of the Stipulation of Settlement, General Release and Order of Dismissal.

4. The defendants are directed to restore and maintain Dr. Krukenkamp's titles and positions on the defendants' websites, publications and "Find A Doctor" and other directories and are enjoined from interfering with Dr. Krukenkamp's enjoinment of all of the foregoing at anytime during the period between the dates hereof and December 31, 2007.

SO ORDERED.

/s/_____
Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
       March 26, 2007